UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
John A. Schulenburg
Debra A. Schulenburg

CASE NO. 09-21892-JPK

CHAPTER 7

Debtors

### ORDER AUTHORIZING ABANDONMENT AND MODIFYING AUTOMATIC STAY

The Court having reviewed the Motion for Order Authorizing Abandonment and Modifying Automatic Stay, now *GRANTS* the Motion for Order Authorizing Abandonment and Modifying Automatic Stay.

**IT IS ORDERED** that Wells Fargo Bank, N.A., its successors, agents and assigns are hereby relieved of the automatic stay;

**IT IS FURTHER ORDERED** that the property more fully described below is abandoned from the bankruptcy estate:

> Unit #1, in Building "B", together with Garage #1, and other Limited Common Areas appurtenant to said Unit, in Olde Towne Commons Condominiums, a Horizontal Property Regime, as created by Declaration of Condominium Ownership recorded October 23, 2001, as Document No. 2001-031910, and as shown on Supplemental Declaration for Building "B" recorded October 23, 2001, as Document No. 2001-031911, in the Office of the Recorder of Porter County, Indiana;
> Together with an undivided interest in the Common Areas and facilities appurtenant to said Unit, as reflected in the Declaration of Condominium Ownership, as supplemented and amended.
>
> ***Commonly known as: 850 Whiffletree Drive, Chesterton, IN 46304-1557.***

**IT IS FURTHER ORDERED** that this Order is not stayed, pursuant to Bankruptcy Rule 4001(a)(3), and is effective immediately.

SO ORDERED this 29th day of July, 2009.

*J. Philip Klingeberger*
_____
JUDGE, UNITED STATES BANKRUPTCY COURT

Prepared By
Kristin L. Durianski   24866-64
Unterberg & Associates, P.C.
8050 Cleveland Place
Merrillville, IN 46410
(219) 736-5579
bankruptcy@unterlaw.com
Atty File: 9967835

Distribution:

John A. Schulenburg
Debra A. Schulenburg
709-2 Plaza Drive #58
Chesterton, IN  46304

Kenneth A. Manning
Chapter 7 Trustee
200 Monticello Drive
Dyer, IN  46311

David A. Brooks
Brooks & Hine, P.C.
206 1/2 Lincolnway
Valparaiso, IN  46383

United States Trustee, N.D., IN
One Michiana Square Bldg.
100 E. Wayne St. Room 555
South Bend, IN  46601